## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Compass Bank*
P.O. Box 2201
Decatur, AL 35609

*/s/ M. Augustine*
Mary E. Augustine (No. 4477)

617351v1